# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 26-1027**                                   **September Term, 2025**

FMCS-01/07/2026 Notice

**Filed On:** February 10, 2026

California Department of Motor Vehicles,

       Petitioner

  v.

United States Department of Transportation,
et al.,

       Respondents

    **BEFORE:**    Henderson, Pillard, and Pan, Circuit Judges

### O R D E R

Upon consideration of the emergency motion for stay pending review and for an immediate administrative stay, it is

**ORDERED**, on the court's own motion, that respondents file a response to the emergency motion by 5:00 p.m. on Monday, February 16, 2026, and that petitioner file any reply by 5:00 p.m. on Wednesday, February 18, 2026.

### Per Curiam

                                                        **FOR THE COURT:**
                                                        Clifton B. Cislak, Clerk

                                   BY:    /s/
                                                    Amy Yacisin
                                                    Deputy Clerk