# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 26-1027**                                            **September Term, 2025**

**FMCS-01/07/2026 Notice**

**Filed On:** March 2, 2026

California Department of Motor Vehicles,

      Petitioner

  v.

United States Department of Transportation,
et al.,

      Respondents

      **BEFORE:**   Henderson, Pillard, and Pan, Circuit Judges

### O R D E R

      Upon consideration of the emergency motion for stay pending review, the opposition thereto, and the reply, it is

      **ORDERED** that the motion for stay be denied. Petitioner has not satisfied the stringent requirements for a stay pending court review. See <u>Nken v. Holder</u>, 556 U.S. 418, 434 (2009); <u>D.C. Circuit Handbook of Practice and Internal Procedures</u> 33 (2025). On the record currently before this court, petitioner has not demonstrated a likelihood of success on the merits in light of its unilateral decision to modify the cancellation date without waiting for approval from the federal government. <u>See</u> 49 C.F.R. § 384.307(c) ("Corrective action must . . . be implemented on a schedule mutually agreed upon by the agency and the State.").

### Per Curiam

                                          **FOR THE COURT:**
                                          Clifton B. Cislak, Clerk

                  BY:     /s/
                            Selena R. Gancasz
                            Deputy Clerk