# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————

**No. 26-1027**                                **September Term, 2025**

FMCS-01/07/2026 Notice

**Filed On: March 27, 2026** [2165994]

California Department of Motor Vehicles,

        Petitioner

    v.

United States Department of
Transportation, et al.,

        Respondents

## O R D E R

Upon consideration of the unopposed motion to set a schedule for briefing and argument, it is

**ORDERED** that the motion be granted and the following briefing schedule will apply in this case:

| | |
|---|---|
| Petitioner's Brief | April 22, 2026 |
| Respondents' Brief | May 22, 2026 |
| Petitioner's Reply Brief | June 12, 2026 |
| Deferred Appendix | June 22, 2026 |
| Final Briefs | June 26, 2026 |

All issues and arguments must be raised by petitioner in the opening brief. The court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

The court reminds the parties that:

In cases involving direct review in this court of administrative actions, the brief of the appellant or petitioner must set forth the basis for the claim of standing. . . . The brief must include arguments and cite evidence establishing by a "substantial probability" the claim of standing.

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 26-1027**                    **September Term, 2025**


<u>See</u> D.C. Cir. Rule 28(a)(7); <u>Sierra Club v. EPA</u>, 292 F.3d 895, 898 (D.C. Cir. 2002).

      To enhance the clarity of their briefs, the parties are cautioned to limit the use of abbreviations, including acronyms. While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known. <u>See</u> <u>D.C. Circuit Handbook of Practice and Internal Procedures</u> 42 (2025); <u>Notice Regarding Use of Acronyms</u> (D.C. Cir. Jan. 26, 2010).

      Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due. Filing by mail could delay the processing of the brief. Additionally, parties are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail. <u>See</u> Fed. R. App. P. 25(a). All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover, or state that the case is being submitted without oral argument. <u>See</u> D.C. Cir. Rule 28(a)(8).

      The Clerk is directed to calendar this case for oral argument on the first appropriate date in September 2026.

                  **FOR THE COURT:**
                  Clifton B. Cislak, Clerk

         BY:   /s/
                  Michael C. McGrail
                  Deputy Clerk