# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-1027** **September Term, 2025**

**FMCS-01/07/2026 Notice**

**Filed On: August 31, 2026** **[2190807]**

California Department of Motor Vehicles,

Petitioner

v.

United States Department of Transportation, et al.,

Respondents

**<u>O R D E R</u>**

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for September 11, 2026, at 9:30 A.M.:

| | | |
|---|---|---|
| Petitioner | - | 15 Minutes |
| Respondents | - | 15 Minutes |

One counsel per side to argue. The panel considering this case will consist of Circuit Judges Pillard and Garcia, and Senior Circuit Judge Ginsburg.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by September 2, 2026.

**<u>Per Curiam</u>**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)